Edward ELLSWORTH, Warden of the Montana State Prison, and the State of Montana, Appellants,

v.

Leighton L. ALDEN, Appellee.

No. 19808.

United States Court of Appeals
Ninth Circuit.

May 19, 1965.

Forrest H. Anderson, Atty. Gen., of Montana, and Donald A. Garrity, Asst. Atty. Gen. of Montana, Helena, Mont., and Donald J. Beighle, Sp. Asst. Atty. Gen. of Montana, Deer Lodge, Mont., for appellants.

William H. Coldiron and John C. Hauck, Butte, Mont., for appellee.

Before HAMLIN, BROWNING and DUNIWAY, Circuit Judges.

PER CURIAM:

This cause came on to be heard on the record on appeal from the United States District Court for the District of Montana, and was argued by counsel.

On consideration whereof, it is ordered and adjudged by this Court that the judgment of the District Court appealed from in this cause be, and it is hereby, affirmed. D.C., 234 F.Supp. 661.

Elizabeth K. SAHADY, Administratrix of the Estate of Wabie P. Sahady, Deceased, Appellant,

v.

UNITED STATES of America.

No. 14985.

United States Court of Appeals
Third Circuit.

Argued Feb. 9, 1965.

Decided May 13, 1965.

Paul F. Laughlin, McArdle, Harrington, Feeney & McLaughlin, Pittsburgh, Pa., for appellant.

Kathryn H. Baldwin, Dept. of Justice, Civil Division, Appellate Section, Washington, D. C. (John W. Douglas, Asst. Atty. Gen., Gustave Diamond, U. S. Atty., Morton Hollander, Atty., Dept. of Justice, Washington, D. C., on the brief), for appellee.

Before KALODNER, STALEY and GANEY, Circuit Judges.

PER CURIAM.

Maryland for use of Levin v. United States, 85 S.Ct. 1293 (decided May 3, 1965) is dispositive of the issue presented by the instant appeal.

The Order of the District Court entered February 18, 1964 dismissing the plaintiff's complaint for lack of jurisdiction will be affirmed.